# SEALED

```
                                                    FILED ___ RECEIVED
                                                    ___ ENTERED ___ SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

1  DANIEL G. BOGDEN                                 2013 APR 12  P 2: 55
   United States Attorney
2  PATRICK WALSH
   Assistant United States Attorney                 U.S. DISTRICT COURT
3  333 Las Vegas Boulevard South                    DISTRICT OF NEVADA
   Suite 5000
4  Las Vegas, NV  89101                             BY_____DEPUTY
   (702) 388-6050
5
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:13-cr-0101-GMN-GWF |
| vs. | ) | MOTION TO DISCLOSE SEALED INDICTMENT AND ARREST WARRANT TO LOCATE AND ARREST THE DEFENDANT |
| NIKITA KISLITSIN, | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and PATRICK WALSH, Assistant United States Attorney, and files this motion to permit disclosure of the sealed indictment and arrest warrant to domestic and foreign law enforcement and domestic and foreign intelligence agencies. The disclosure will be made to assist in the location of the defendant and to obtain assistance to arrest the defendant.

Defendant Nikita Kislitsin is a Russian citizen currently believed to be residing in Russia. The United States does not have an extradition treaty with Russia. Therefore the Government needs the assistance of foreign law enforcement partners and intelligence agencies to determine if or when the defendant may travel to a country where extradition is possible.

Under Federal Rules of Criminal Procedure 6(e)(4), "no person may disclose the indictment's existence except as necessary to issue or execute a warrant. . ." FRCrP 6(e)(4). Government counsel believes it is necessary in order to execute this warrant to disclose the

existence of the indictment to both domestic and foreign law enforcement agencies and domestic and foreign intelligence agencies. Both organizations may have information about potential travel of the defendant which would be necessary to execute the arrest warrant.

For the foregoing reasons the Government respectfully requests that it be permitted to disclose the indictment and arrest warrant to domestic and foreign law enforcement agencies and domestic and foreign intelligence agencies. The Government request the indictment remain otherwise sealed.

DATED this 12th day of April, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*Patrick Walsh*

PATRICK WALSH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> NIKITA KISLITSIN, ) <br> ) <br> Defendant, ) | 2:13-cr-0101-GMN-GWF <br><br> ORDER TO PERMIT DISCLOSURE <br> OF THE SEALED INDICTMENT |

## ORDER

Based on Government's unopposed motion to join the cases in the above-captioned matters and good cause appearing, therefor

IT IS SO ORDERED the Government may disclose the indictment and arrest warrant to domestic and foreign law enforcement agencies and domestic and foreign intelligence agencies. The indictment will remain sealed for all other purposes.

DATED this 15 day of April, 2013.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

3