

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
**(702) 388-6336**

Daniel G. Bogden
United States Attorney
Daniel R. Schiess
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702)388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:13-cr-101-GMN-GWF |
| Plaintiff, | |
| v. | **Motion for Limited Unsealing of** |
| **Nikita Kislitsin**, | Indictment |
| Defendant. | |

The United States asks the Court to unseal the indictment in this matter for the limited purpose of allowing the United States to share it with law enforcement authorities in the United States, Italy, and Austria for the purpose of arresting defendant Nikita Kislitsin and extraditing him to the United States. The indictment was returned on March 20, 2013, against Kislitsin only and has been sealed since then. It charges Kislitsin with computer fraud and other crimes arising out of his participation in a conspiracy and scheme to hack computer(s) of victim companies and unlawfully use information obtained from the computers. The United States believes Kislitsin may be traveling to one or both of these countries in the immediate future. Authorities in the United States, Italy, and Austria need a copy of the indictment to arrest and extradite Kislitsin.

The United States asks that the indictment remain sealed for all other purposes at this time. The United States believes that Kislitsin may attempt to evade authorities if he knew the indictment had been obtained against him.

Dated: December 30, 2013.

DANIEL G. BOGDEN
United States Attorney

*/s/ Daniel R. Schiess*
Daniel R. Schiess
Assistant United States Attorney

2013 DEC 30 A 10: 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Nikita Kislitsin,<br><br>　　　　Defendant. | Case No. 2:13-cr-101-GMN-GWF<br><br>**Order for Limited Unsealing of Indictment** |

Based on the motion of the of the United States, and for good cause appearing,

IT IS HEREBY ORDERD that the indictment in this matter is unsealed for the limited purpose of allowing the United States to share it with law enforcement authorities in the United States, Italy, and Austria for the purpose of arresting defendant Nikita Kislitsin and extraditing him to the United States. The indictment was returned on March 20, 2013, against Kislitsin only and has been sealed since then. It charges Kislitsin with computer fraud and other crimes arising out of his participation in a conspiracy and scheme to hack computer(s) of victim

3

companies and to unlawfully use information obtained from the computers. The United States believes Kislitsin may be traveling to one or both of these countries in the immediate future. Authorities in the United States, Italy, and Austria need a copy of the indictment to arrest and extradite Kislitsin.

The United States asks that the indictment remain sealed for all other purposes at this time.

_____
United States Magistrate Judge