

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | Nevada Bar No. 13644
DANIEL R. SCHIESS
3 | Nevada Bar No. 5483
Assistant United States Attorney
4 | 501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5 | PHONE: (702) 388-6336
FAX:  (702) 388-5087
6 | dan.schiess@usdoj.gov
*Attorneys representing the United States*

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9 | UNITED STATES OF AMERICA,

10 | PLAINTIFF,

11 | VS.

12 | NIKITA KISLITSIN,

13 | DEFENDANT.

2:13-CR-00101-GMN-EJY

**APPLICATION AND ~~PROPOSED~~
ORDER UNSEALING INDICTMENT
AND ARREST WARRANT**

**FILED UNDER SEAL**

14

15 | The United States, by and through the undersigned attorneys, respectfully applies to this

16 | Court for an order unsealing the indictment and arrest warrant in this case for the limited

17 | purpose of disclosure to and by law enforcement personnel, including foreign authorities, for

use in locating or arresting the defendant.

18

19 | **DATED** this 20th day of November, 2020.

20 | Respectfully submitted,

21 | NICHOLAS A. TRUTANICH
United States Attorney

22

23 | Ronald L. Cheng for Daniel R. Schiess
Assistant United States Attorney

24

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00101-GMN-EJY |
| PLAINTIFF, | **ORDER UNSEALING INDICTMENT AND ARREST WARRANT** |
| VS. | |
| **NIKITA KISLITSIN,** | |
| DEFENDANT. | |

On the application of the United States, and for good cause appearing, the Court hereby ORDERS that the indictment and arrest warrant in this case be unsealed for the limited purpose of disclosure to and by law enforcement personnel, including foreign authorities, for use in locating or arresting the defendant.

**DATED** this 23rd day of November, 2020.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2